**Order entered October 7, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00566-CV

## SUSAN ELIZABETH WRIGHT, Appellant

## V.

## JAMES TURNER WRIGHT, Appellee

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-18-24919**

## ORDER

Before the Court is appellant's October 5, 2020 motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on October 5, 2020 filed as of the date of this order.

/s/     BILL WHITEHILL
JUSTICE